

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00881-CR

Lawrence **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 2024CC741614
Honorable Melanie Lira, Judge Presiding

PER CURIAM

Sitting: Lori I. Valenzuela, Justice
    Lori Massey Brissette, Justice
    Adrian A. Spears II, Justice

Delivered and Filed: August 6, 2025

APPEAL DISMISSED

On July 24, 2025, appellant filed a motion to dismiss this appeal. Appellant's motion satisfies the requirements of Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (requiring a motion to dismiss to be signed by both appellant and his attorney). Accordingly, the motion is granted, and the appeal is dismissed. Appellant's motion to expedite the issuance of the mandate is GRANTED. The clerk of this court is instructed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH